IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FREDDIE L. WILLIS,<br><br>Plaintiff,<br><br>vs.<br><br>NEBRASKA CORRECTIONS, and DOUGLAS COUNTY JAIL,<br><br>Defendants. | **8:26CV389**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on what the Court construes as Plaintiff's motion for leave to proceed in forma pauperis ("IFP motion"), Filing No. 6, and motion for new address, Filing No. 8, filed on August 14 and September 3, 2026, respectively. Plaintiff filed both motions while he was confined in the Douglas County Jail. In his motion for new address, Plaintiff asks the Court to use a new address for him outside of the Douglas County Jail. Filing No. 8. A search of the Douglas County Jail's online inmate records returns no search results for Plaintiff's name or data number, indicating that he is no longer confined there. *See* https://corrections.dccorr.com/inmate-locator (last visited Nov. 2, 2026). Accordingly, the Court will grant Plaintiff's motion for new address and direct the Clerk of Court to update the docket sheet to reflect Plaintiff's new address.

Also, upon review of Plaintiff's IFP motion, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that:

1. Plaintiff's motion for new address, Filing No. 8, is granted. The Clerk of Court is directed to update the caption to reflect Plaintiff's new address listed in Filing No. 8.

2. Plaintiff's IFP motion, Filing No. 6, is granted, and the Complaint shall be filed without payment of fees. Plaintiff is advised that the next step in his case will be for the Court to conduct an initial review of his claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

3. Plaintiff must keep the Court informed of his current address at all times. Failure to do so may result in dismissal of this matter.

Dated this 2nd day of November, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge